```
 1  KAREN P. HEWITT
    United States Attorney
 2  PAUL S. COOK
    Assistant U.S. Attorney
 3  California State Bar No. 79010
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619)557-5687/(619)235-2757(Fax)
    Email: paul.cook@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

 8                   UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

| 10 | UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr2381-LAB |
|---|---|---|---|
| 11 | Plaintiff, | ) | |
| 12 | v. | ) | NOTICE OF APPEARANCE |
| 13 | DAVID ALAN SWEIGART, | ) | |
| 14 | Defendant. | ) | |

16   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17       I, the undersigned attorney, enter my appearance as lead
18   counsel in the above-captioned case.  I certify that I am
19   admitted to practice in this court or authorized to practice under
20   CivLR 83.3.c.3-4.

21       The following government attorneys (who are admitted to
22   practice in this court or authorized to practice under CivLR
23   83.3.c.3-4) are also associated with this case, should be listed
24   as lead counsel for CM/ECF purposes, and should receive <u>all</u>
25   Notices of Electronic Filings relating to activity in this case:
26       <u>Name</u> - "None"

1     Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

    Please call me if you have any questions about this notice.

DATED: August 19, 2008.

                                      Respectfully submitted,

                                      KAREN P. HEWITT  
                                    United States Attorney

                                      <u>s/Paul S. Cook</u>  
                                    PAUL S. COOK  
                                    Assistant United States Attorney  
                                    Attorney for Plaintiff  
                                    United States of America  
                                    Email: paul.cook@usdoj.gov

2

```
 1                    UNITED STATES DISTRICT COURT
 2                   SOUTHERN DISTRICT OF CALIFORNIA
 3   UNITED STATES OF AMERICA,    )   Case No. 08cr2381-LAB
                                  )
 4                  Plaintiff,    )
                                  )
 5             v.                 )
                                  )   CERTIFICATE OF SERVICE
 6   DAVID ALAN SWEIGART,         )
                                  )
 7                  Defendant.    )
                                  )
 8
     IT IS HEREBY CERTIFIED THAT:
 9
          I, PAUL S. COOK, am a citizen of the United States and am at
10   least eighteen years of age.  My business address is 880 Front
     Street, Room 6293, San Diego, California 92101-8893.
11
          I am not a party to the above-entitled action.  I have caused
12   service of NOTICE OF APPEARANCE on the following parties by
     electronically filing the foregoing with the Clerk of the District
13   Court using its ECF System, which electronically notifies them.

14                         Douglas C. Brown
                           dcbrow@pacbell.net
15

16        I hereby certify that I have caused to be mailed the
     foregoing, by the United States Postal Service, to the
17   following non-ECF participants on this case:

18   the last known address, at which place there is delivery
     service of mail from the United States Postal Service.
19
          I declare under penalty of perjury that the foregoing is
20   true and correct.

21        Executed on August 19, 2008.

22                                      s/Paul S. Cook
                                        PAUL S. COOK
23

24

25

26

27

28                                  3
```